# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUH'JUAN WASHINGTON,<br><br>　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON,<br><br>　　　Respondent | Case No.: 2:23-cv-02002-RFB-NJK<br><br>**Order Directing Petitioner to File Application to Proceed In Forma Pauperis or Pay Filing Fee** |

Petitioner has submitted a pro se petition for writ of habeas corpus. (ECF No. 2-1.) He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed in forma pauperis with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

///

///

///

///

**IT IS THEREFORE ORDERED** that within **60 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed <u>in forma pauperis</u>.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the petition but not file it at this time.

**DATED:** <u>April 15, 2024</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE