Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Juh'Juan Washington

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Juh'Juan Washington,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　Respondents. | Case No. 2:23-cv-02002-RFB-NJK<br><br>**Unopposed Motion for an Extension of Time to File Amended Petition**<br><br>**(First Request)** |

## Points and Authorities

Petitioner Juh'Juan Washington respectfully moves for an extension of 61 days to file his amended petition under 28 U.S.C. § 2254, up to and including April 7, 2025. The amended petition is currently due on February 5, 2025. Respondents, by Deputy Attorney General Christine Greve, do not object to this request for an extension. Respondents' lack of objection to this request should not be construed as a waiver of any procedural defense or argument. This is Petitioner's first request for an extension.

Juh'Juan filed his pro se federal habeas petition and motion for appointment of counsel on December 4, 2023.[1] He filed his application to proceed in forma pauperis on May 16, 2024.[2] On September 30, 2024, this Court granted his application to proceed in forma pauperis and appointed the Federal Public Defender to represent him.[3] Undersigned counsel appeared for Juh'Juan on October 29, 2024.[4]

Undersigned counsel respectfully submits that additional time is necessary to properly prepare the amended petition because counsel has not been able to obtain the discovery in this case. Prior counsel Thomas Boley and Kelsey Berstein have been unable to provide the discovery file to undersigned counsel. Counsel has requested discovery from the Las Vegas Metropolitan Police Department. Counsel submits that discovery is necessary for the preparation of the amended petition.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Petitioner. Undersigned counsel respectfully asks this Court to

---

[1] ECF Nos. 2-1 and 3.
[2] ECF No. 7.
[3] ECF No. 10.
[4] ECF No. 15.

1  grant Petitioner's request to extend the time for filing his amended petition by 61
2  days until April 7, 2025.

                                                                               Respectfully submitted,

                                                                               Rene L. Valladares
                                                                               Federal Public Defender

                                                                               */s/ Ron Y. Sung*
                                                                               Ron Y. Sung
                                                                               Assistant Federal Public Defender.

                                                                               IT IS SO ORDERED:

Dated February 6, 2025.

                                                                               United States District Judge