UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUH'JUAN WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No. 2:23-cv-02002-RFB-NJK<br><br>**ORDER** |

Juh'Juan Washington asks the Court for an extension to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 24. Good cause appearing,

**IT IS ORDERED** that Petitioner's second and third Motions for Extension of Time to file an amended petition **(ECF Nos. 23, 24) are both GRANTED** *nunc pro tunc*. **The deadline is extended to September 4, 2025**.

**DATED:** June 9, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**