UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUH'JUAN WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No. 2:23-cv-02002-RFB-NJK<br><br>**ORDER** |

Juh'Juan Washington asks the Court for an extension to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 26. Good cause appearing,

**IT IS ORDERED** that Petitioner's Motion for Extension of Time to file an amended petition **(ECF No. 26) is GRANTED**. **The deadline is extended to December 3, 2025**.

**DATED:** September 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**