# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUH'JUAN WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>Respondents. | Case No. 2:23-cv-02002-RFB-NJK<br><br>**ORDER** |

Before the Court is Petitioner Juh'Juan Washington's Motion for Leave to File a Corrected Motion for Discovery. ECF No. 29. Washington's counsel, the Federal Public Defender, states that the Clark County District Attorney recently provided some requested documents related to Washington's case. The new discovery motion states that the disclosed documents indicate that the State might still possess video evidence. ECF No. 29-1 at 2. Good cause appearing, the Court grants the Motion. The earlier-filed motion, therefore, is dismissed without prejudice.

**IT IS ORDERED** that Petitioner's Motion for Leave to File a Corrected Motion for Discovery (ECF No. 29) **is GRANTED**. The Clerk of Court is directed to detach and file the Corrected Motion for Discovery (ECF No. 29-1).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Conduct Discovery (ECF No. 19) **is DISMISSED** without prejudice as moot.

**IT IS FURTHER ORDERED** that the briefing schedule for Petitioner to file an amended petition is **VACATED** pending the resolution of the Corrected Motion for Discovery.

**DATED:** October 24, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**