**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| JUH'JUAN WASHINGTON, | Case No. 2:23-cv-02002-RFB-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| CALVIN JOHNSON, | |
| Respondent. | |

This habeas matter is before this Court on Respondent's unopposed motion for a 45-day extension of time to file his response to the amended petition. ECF No. 39. This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 39) is granted. Respondent has up to and including July 10, 2026, to file his response.

**DATED:** June 2, 2026

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**